**No. 15-1131**                                          **September Term, 2015**

TRAN-80FR26644

**Filed On:** November 23, 2015

American Petroleum Institute,

       Petitioner

   v.

United States of America, et al.,

       Respondents

------------------------------

Growth Energy,
       Intervenor

------------------------------

Consolidated with 15-1132, 15-1182, 15-1194, 15-1195, 15-1199, 15-1415

# O R D E R

It is **ORDERED**, on the court's own motion, that case No. 15-1415 be consolidated with case Nos. 15-1131, et al. The proposed formats for briefing deadline established in the October 16, 2015 order remains in effect.

                                                **FOR THE COURT:**
                                                Mark J. Langer, Clerk

                          BY:    /s/
                                  Amy Yacisin
                                  Deputy Clerk