# CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rules of Appellate Procedure 27(d) and 32(g), I hereby certify that the Railroad Petitioners' Motion To Govern Future Proceedings filed on January 8, 2018 contains 328 words.

/s/ Thomas H. Dupree, Jr.
Thomas H. Dupree, Jr.
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
(202) 955-8500
