# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 15-1131**  September Term, 2018

TRAN-80FR26644

Filed On: December 4, 2018 [1762939]

American Petroleum Institute,

    Petitioner

    v.

United States of America, et al.,

    Respondents

------------------------------

Growth Energy, et al.,
               Intervenors

------------------------------

Consolidated with 15-1132, 15-1194, 15-1415

# M A N D A T E

In accordance with the order of December 4, 2018, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

               **FOR THE COURT:**
               Mark J. Langer, Clerk

BY:   /s/
           Amanda Himes
           Deputy Clerk

Link to the order filed December 4, 2018